UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Leonardo Dualan, et al.,

           Plaintiffs,

vs.

Jacob Transportation Services, LLC,

           Defendant.

Case No.: 2:14-cv-01135-JAD-NJK

Order Re: Docs. 20, 23

Accordingly, for the reasons stated on the record during the December 18, 2014, hearing,

It is **HEREBY ORDERED** that counterdefendants' Motion to Dismiss **[Doc. 20] is GRANTED** in part and **DENIED** in part:

1. It is **GRANTED** as to all claims attempted to be brought against counterdefendants Leonardo Dualan, Valerie Kaleikini, and Jamin Vergara.

2. It is **GRANTED** as to Counts 3, 4, and 5 in their entirety.

3. It is **GRANTED** as to Count 6's request for treble damages under a conversion theory or any claim under NRS 41.580.

4. It is **DENIED** in all other respects.

It is **FURTHER ORDERED** that counterclaimant is granted leave to file an amended complaint by January 9, 2015.

It is **FURTHER ORDERED** that counterclaimant's Motion for Leave to Amend [Doc. 23] is **DENIED AS MOOT**.

DATED: December 18, 2014.

           Jennifer A. Dorsey
           United States District Judge