UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEONARDO DUALAN, et al., | |
| Plaintiff(s), | 2:14-cv-01135-JAD-NJK |
| vs. | |
| JACOB TRANSPORTATION SERVICES, LLC, | **ORDER RE: MOTION TO WITHDRAW** |
| Defendant(s). | (Docket No. 32) |

Pending before the Court is Plaintiff Valerie Kaleikini's attorney's motion to withdraw. Docket No. 32. Any response shall be filed no later than January 16, 2015. The Court hereby **SETS** a hearing for January 23, 2015, at 10:00 a.m. in Courtroom 3D. Plaintiff Valerie Kaleikini and Plaintiff's counsel shall attend the hearing. Any new counsel retained by Plaintiff shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than January 9, 2015, Plaintiff's current counsel of record shall serve Plaintiff with this order that she appear and shall file a proof of service.

IT IS SO ORDERED.

DATED: January 6, 2015

NANCY J. KOPPE
United States Magistrate Judge