LYNN M. HANSEN, ESQ.
Nevada Bar No.: 00244
BURAK S. AHMED, ESQ.
Nevada Bar No.: 012547
JAMES J. JIMMERSON, ESQ.
Nevada Bar No.: 000264
JIMMERSON HANSEN, P.C.
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Tel No.: (702) 388-7171
Fax No.: (702) 380-6406
lmh@jimmersonhansen.com
bsa@jimmersonhansen.com
jjj@jimmersonhansen.com
Attorneys for Defendant
*JACOB TRANSPORTATION SERVICES, LLC dba EXECUTIVE LAS VEGAS*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEONARDO DUALAN, VALERIE KALEIKINI, ZOLTAN NEMETH, and JAMIN VERGARA, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada Limited Liability Company, D/B/A EXECUTIVE LAS VEGAS,<br><br>Defendant. | Case No: 2:14-cv-01135-JAD-NJK<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR DEFENDANT JACOB TRANSPORTATION SERVICES, LLC TO FILE RESPONSE TO PLAINTIFF ZOLTAN NEMETH'S MOTION TO DISMISS DEFENDANT/COUNTER-CLAIMANT JACOB TRANSPORTATION SERVICES, LLC'S COUNTERCLAIM FOR LACK OF SUBJECT MATTER JURISDICTION (ECF NO. 39)**<br><br>(First Request) |

PURSUANT TO LR 7-1, IT HERE HEREBY STIPULATED between Plaintiff/Counter-Defendant ZOLTAN NEMETH (hereinafter "Mr. Nemeth"), by and through his counsel of record MARK J. BOURASSA, ESQ., and TRENT L. RICHARDS, ESQ., of the law firm THE BOURASSA LAW GROUP, LLC, and

1

1  Defendant JACOB TRANSPORTATION SERVICES, LLC (hereinafter "Defendant"), by
2  and through its counsels of record LYNN M. HANSEN, ESQ., BURAK S. AHMED,
3  ESQ., and JAMES J. JIMMERSON, ESQ., of the law firm JIMMERSON HANSEN,
4  P.C., that the time for Defendant to submit and file its Response in Opposition to Mr.
5  Nemeth's Motion to Dismiss Defendant/Counter-Claimant Jacob Transportation
6  Services, LLC's Counterclaim For Lack Of Subject Matter Jurisdiction (ECF No. 39),
7  shall be enlarged to February 16, 2015.

Dated this  5  day of February, 2015.        Dated this  5  day of February, 2015.

JIMMERSON HANSEN, P.C.                        THE BOURASSA LAW GROUP, LLC

LYNN M. HANSEN, ESQ.                          MARK J. BOURASSA, ESQ.
Nevada Bar No.: 00244                         Nevada Bar No.: 007999
BURAK S. AHMED, ESQ.                          TRENT L. RICHARDS, ESQ.
Nevada Bar No.: 012547                        Nevada Bar No.: 011448
JAMES J. JIMMERSON, ESQ.                      8668 Spring Mountain Road, Suite 101
Nevada Bar No.: 000264                        Las Vegas, Nevada 89117
415 South 6th Street, Suite 100               mbourassa@bourassalawgroup.com
Las Vegas, Nevada 89101                       trichards@bourassalawgroup.com
lmh@jimmersonhansen.com                       Attorneys for Plaintiffs
bsa@jimmersonhansen.com
jjj@jimmersonhansen.com
Attorneys for Defendant

**ORDER**

Based upon the foregoing Stipulation to Enlarge Time for Defendant Jacob Transportation Services, LLC to File Response to Plaintiff Zoltan Nemeth's Motion to Dismiss Defendant/Counter-Claimant Jacob Transportation Services, LLC's Counterclaim for Lack of Subject Matter Jurisdiction (Dkt. 39), IT IS ORDERED that Defendant has until February 16, 2015, to file its response to the Motion to Dismiss (Dkt. 39).

Dated:  February 9, 2015.

_____
UNITED STATES DISTRICT JUDGE