MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
THE BOURASSA LAW GROUP, LLC
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Telephone:   (702) 851-2180
Facsimile:   (702) 851-2189
Email:        *mbourassa@bourassalawgroup.com*
              *trichards@bourassalawgroup.com*

*Attorneys for Plaintiffs Leonardo Dualan, Zoltan Nemeth and Jamin Vergara*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
***

| | |
|---|---|
| LEONARDO DUALAN, VALERIE KALEIKINI, ZOLTAN NEMETH, and JAMIN VERGARA, individually and on behalf of those similarly situated, <br><br> Plaintiffs; <br><br> v. <br><br> JACOB TRANSPORTATION SERVICES, LLC, a Nevada Limited Liability Company, D/B/A EXECUTIVE LAS VEGAS, <br><br> Defendant. | CASE NO.: 2:14-cv-01135-JAD-NJK <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE A JOINT PRETRIAL ORDER** <br><br> **(FIRST REQUEST)** |

COMES NOW, Plaintiffs, Leonardo Dualan, Zoltan Nemeth and Jamin Vergara, ("Plaintiffs") and Defendant, Jacob Transportation Services, LLC d/b/a Executive Las Vegas ("Defendant"), by and through their respective counsel of record, and hereby request that this Court enter an order extending the deadline for the parties to file their joint pretrial order set forth in the Joint Discovery Plan and Scheduling Order [Document 18] pursuant to Fed. R. Civ. P. 16(b)(4).  It is hereby stipulated as follows:

    1.    Plaintiffs filed their Complaint on July 10, 2014.

2.      On September 19, 2014, the Court filed the Joint Discovery Plan and Scheduling Order, which set forth, among other things, the deadline to file the joint pretrial order Friday, April 10, 2015. [Document 18].

3.      No trial date has been set in this case.

4.      Since the Court filed the Joint Discovery Plan and Scheduling Order, the parties have been actively conducting discovery during the first phase of discovery, which focused on Plaintiffs' individual claims and discovery relating to class certification.

5.      The parties have also used this time to enter into voluntary settlement discussions.

6.      The parties now wish to engage in additional settlement discussions within the next 30 days, i.e., before May 10, 2015.

7.      The parties agree that it is reasonable to briefly defer the cost and time required in moving forward with a motion for class certification and/or preparing for a trial on the individual claims.

8.      The parties agree that the extensions requested will not operate as a prejudice to any of the parties, and that this request to modify the current deadline is made with good cause, is in the interests of justice and judicial efficiency.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

9.     Therefore, the parties hereby stipulate and request that this Court enter an Order extending the deadline to file the parties' joint pretrial order from April 10, 2015 to May 10, 2015.

**AGREED AND ACCEPTED:**

**Plaintiffs:**                                              **Defendant:**

DATED this 10th day of April, 2015.            DATED this 10th day of April, 2015.

THE BOURASSA LAW GROUP, LLC.          JIMMERSON HANSEN, PC


By: *Mark J. Bourassa, Esq.*                          By: *Meredith L. Holmes, Esq.*
   MARK J. BOURASSA, ESQ.                          LYNN M. HANSEN, ESQ.
   Nevada Bar No. 7999                                 Nevada Bar No. 00244
   TRENT L. RICHARDS, ESQ.                         MEREDITH L. HOLMES, ESQ.
   Nevada Bar No. 11448                               Nevada Bar No. 11602
   8668 Spring Mountain Rd., Suite 101            JAMES J. JIMMERSON, ESQ.
   Las Vegas, Nevada 89117                           Nevada Bar No. 00264
   Telephone: (702) 851-2180                          415 South 6th Street, Suite 100
   Facsimile: (702) 851-2189                           Las Vegas NV 89101
   *Attorneys for Plaintiffs Leonardo Dualan,*     Telephone: (702) 388-7171
   *Zoltan Nemeth and Jamin Vergara*              Facsimile: (702) 380-6406
                                                              *Attorneys for Defendant*


        **IT IS SO ORDERED:**




        _____
        UNITED STATES MAGISTRATE JUDGE


        DATED: _ April 13, 2015          _____
        CASE NO.:  2:14-cv-01135-JAD-NJK