UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARDO DUALAN, et al.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES, LLC,<br><br>    Defendant(s). | Case No. 2:14-cv-01135-JAD-NJK<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Docket No. 47) |

  Pending before the Court is an order for Plaintiff Valerie Kaleikini ("Plaintiff") to show cause why she should not be sanctioned for violating a Court order. Docket No. 47. On March 3, 2015, the Court ordered Plaintiff to show cause in writing, no later than March 17, 2015, why she should not be sanctioned in a Court fine of up to $500 for violating a Court order. Docket No. 45. Plaintiff failed to respond in writing, and the Court issued a second order to show cause and sanctioned Plaintiff in the amount of $50.[1] Docket Nos. 46, 47. The Court has now received a response from Plaintiff, styled as a letter. Docket No. 51. Plaintiff asserts that she cannot afford counsel and does not intend to pursue this case any further. *Id.*, at 1. It appears that Plaintiff is attempting to have her case dismissed under Rule 41.[2]

  The Court cautions Plaintiff that "[*p*]*ro se* litigants must follow the same rules of procedure that govern other litigants." *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). For example, pursuant to Rule

---

[1] Plaintiff filed proof of payment at Docket No. 50.

[2] Unless otherwise noted, references to "Rules" refer to the Federal Rules of Civil Procedure.

7, a document requesting a Court order must be styled as a motion, and not a letter. Plaintiff is advised that letters to judges will be disregarded. Thus, if Plaintiff intends to request any sort of relief from the Court, she must bring her request in a proper motion. At this time, the Court declines to impose additional monetary or case-dispositive sanctions. Accordingly, the order to show cause (Docket No. 47) is hereby **DISCHARGED**.

    IT IS SO ORDERED.

    DATED: April 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge