# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARDO DUALAN, et al.,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES,<br><br>　　　　　Defendant(s). | Case No. 2:14-cv-1135-JAD-NJK<br><br>ORDER<br><br>(Docket No. 65) |

Pending before the Court is Defendant's motion to extend time to file a response or opposition to Plaintiffs' Motion for Conditional Certification. Docket No. 65. For good cause and excusable neglect shown, the Court GRANTS Defendant's motion. The deadline for filing motions for summary judgment is hereby extended to September 8, 2015.

IT IS SO ORDERED.

DATED: September 3 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge