# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARDO DUALAN, VALERIE KALEIKINI, ZOLTAN NEMETH, and JAMIN VERGARA, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada Limited Liability Company, dba Executive Las Vegas,<br><br>Defendant(s). | Case No. 2:14-cv-01135-JAD-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 76) |

Pending before the Court is a motion to withdraw as attorney for Defendant. Docket No. 76. The Court hereby **SETS** a hearing on the motion for 10:00 a.m. on August 29, 2016, in Courtroom 3B. Any response to the motion to withdraw shall be filed no later than August 26, 2016. Defendant's current counsel and a corporate representative of Defendant shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than August 22, 2016, Defendant's current counsel of record shall serve Defendant with this order and shall file a proof of service.

IT IS SO ORDERED.

DATED: August 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge