JAMES J. JIMMERSON, ESQ.
Nevada Bar No.: 000264
JIMMERSON LAW FIRM, P.C.
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Tel No.: (702) 388-7171
Fax No.: (702) 380-6406
jjj@jimmersonlawfirm.com
Attorneys for Defendant
*JACOB TRANSPORTATION SERVICES, LLC dba EXECUTIVE LAS VEGAS*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEONARDO DUALAN, VALERIE KALEIKINI, ZOLTAN NEMETH, and JAMIN VERGARA, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada Limited Liability Company, D/B/A EXECUTIVE LAS VEGAS,<br><br>Defendant. | Case No: 2:14-cv-01135-JAD-NJK<br><br>**STIPULATION AND ORDER** |

COMES NOW, Plaintiffs, Leonardo Dualan, Valerie, Kaleikini, Zoltan Nemeth and Jamin Vergara, ("Plaintiffs") and Defendant, Jacob Transportation Services, LLC d/b/a Executive Las Vegas ("Defendant"), by and through their respective counsel of record and hereby stipulate and agree as follows:

1. That the parties stipulate that the Defendant has delivered to Plaintiffs a list of 245 shuttle bus drivers which the Defendant represents list all shuttle bus drivers employed by Defendants from July 10, 2011 through the present who

1

received compensation by way of commission plus gratuity (as distinguished from being paid an hourly wage, plus gratuity).

2. It is further stipulated that the most recent requested changes offered by the Defendant to the Notice have been accepted by the Plaintiffs, and the Notice as referenced as Exhibit "B" to Defendant's Opposition to Plaintiffs' Motion for an Order to Show Cause for Defendant's Failure to Comply with Order Granting in Part and Denying in Part Motion for Conditional Certification of Collective Action and Other Related Relief [ECF 70] filed August 18, 2016, is acceptable to Plaintiffs, and that said Notice should be delivered forthwith.

3. It is further stipulated between the parties that the Court's hearing of Friday, August 26, 2016, at the hour of 3:00 p.m. be, and the same is, hereby vacated.

Dated this 23 day of August, 2016.

THE BOURASSA LAW GROUP, LLC

_____
MARK J. BOURASSA, ESQ.
Nevada Bar No.: 007999
TRENT L. RICHARDS, ESQ.
Nevada Bar No.: 011448
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com
Attorneys for Plaintiffs

Dated this 23 day of August, 2016.

THE JIMMERSON LAW FIRM, LLC

_____
JAMES J. JIMMERSON, ESQ.
Nevada Bar No.: 000264
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89101
jjj@jimmersonlawfirm.com
Attorneys for Defendant

2

## ORDER

Based upon the above and foregoing Stipulation that:

1. That the Defendant has delivered to Plaintiffs a list of 245 shuttle bus drivers which the Defendant represents list all shuttle bus drivers employed by Defendants from July 10, 2011 through the present who received compensation by way of commission plus gratuity (as distinguished from being paid an hourly wage, plus gratuity).

2. That the most recent requested changes offered by the Defendant to the Notice have been accepted by the Plaintiffs, and the Notice as referenced as Exhibit "B" to Defendant's Opposition to Plaintiffs' Motion for an Order to Show Cause for Defendant's Failure to Comply with Order Granting in Part and Denying in Part Motion for Conditional Certification of Collective Action and Other Related Relief [ECF 70] filed August 18, 2016, is acceptable to Plaintiffs, and that said Notice should be delivered forthwith.

3. That the Court's hearing of Friday, August 26, 2016, at the hour of 3:00 p.m. be, and the same is, hereby vacated.

**IT IS SO ORDERED.**

Dated this 24 of August, 2016.

_____
U.S. DISTRICT COURT JUDGE

THE BOURASSA LAW GROUP, LLC

_____
MARK J. BOURASSA, ESQ.
Nevada Bar No.: 007999
TRENT L. RICHARDS, ESQ.
Nevada Bar No.: 011448
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com
Attorneys for Plaintiffs

THE JIMMERSON LAW FIRM, LLC

_____
JAMES J. JIMMERSON, ESQ.
Nevada Bar No.: 000264
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89101
jjj@jimmersonlawfirm.com
Attorneys for Defendant