MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
THE BOURASSA LAW GROUP
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email: mbourassa@blgwins.com
trichards@blgwins.com
*Attorneys for Plaintiffs/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LEONARDO DUALAN, VALERIE KALEIKINI, ZOLTAN NEMETH, and JAMIN VERGARA, individually and on behalf of those similarly situated,<br><br>Plaintiffs;<br><br>v.<br><br>JACOB TRANSPORTATION SERVICES, LLC, a Nevada Limited Liability Company, D/B/A EXECUTIVE LAS VEGAS,<br><br>Defendant. | CASE NO.: 2:14-cv-01135-JAD-NJK<br><br>**MOTION FOR WAIVER OF PERSONAL ATTENDANCE OF PLAINTIFF LEONARDO DUALAN AT MANDATORY SETTLEMENT CONFERENCE DUE TO DEATH** |

On January 10, 2017, an Order Scheduling a Settlement Conference was filed in the instant matter [ECF96]. The order specifically states that all individual parties must be present at the settlement conference.

Plaintiff, Leonardo Dualan ("Plaintiff") passed away on December 25, 2016. On January 26, 2017, a Notice of Suggestion of Death on the Record was filed [ECF 97].

///

///

1

As such, out of an abundance of caution, this motion has been filed to excuse Mr. Dualan from attendance.

Dated this 12th day of April, 2017.

                                        THE BOURASSA LAW GROUP

                                        */s/ Mark J. Bourassa, Esq.*
                                        MARK J. BOURASSA, ESQ.
                                        Nevada Bar No. 7999
                                        TRENT L. RICHARDS, ESQ.
                                        Nevada Bar No. 11448
                                        7575 Vegas Drive, Suite 150
                                        Las Vegas NV 89128
                                        *Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

                                        DATED: April 14, 2017
                                        CASE NO.: 2:14-cv-01135-JAD-NJK

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **MOTION FOR WAIVER OF PERSONAL ATTENDANCE OF PLAINTIFF LEONARDO DUALAN AT MANDATORY SETTLEMENT CONFERENCE DUE TO DEATH** was electronically filed this 12th day of April 2017, and is available for viewing and downloading from the ECF System of the United States District Court for the District of Nevada.

James J. Jimmerson
JIMMERSON LAW FIRM
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
*Attorneys for Jacob Transportation Services, LLC*

/s/ Hilary Daniels
An Employee of
The Bourassa Law Group