AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Leonardo Dualan, et al.,

Plaintiffs,

V.

Jacob Transportation Services, LLC,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-01135-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment has been entered. See [111] Order for details.

9/18/2017                                           /s/ Debra K. Kempi
Date                                                 Clerk

                                                    /s/ M. Reyes
                                                    (By) Deputy Clerk